# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00130-CR

**Kelvin Malave, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 21ST DISTRICT COURT OF LEE COUNTY,
### NO. 10,511, THE HONORABLE JOHN WINKELMANN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kelvin Malave, Jr. seeks to appeal a judgment of conviction for claiming a lottery prize by fraud. *See* Tex. Gov't Code 466.308(a), (c)(1). The trial court has certified that (1) this is a plea-bargain case for which Malave has no right of appeal and that (2) Malave has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Jurisdiction

Filed: March 14, 2025

Do Not Publish